UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:25-cv-23304-DPG

**VICTOR ARIZA**,

      Plaintiff,

vs.

**EARL'S RESTAURANTS USA INC.,
a foreign for-profit corporation**,

      Defendant.

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff VICTOR ARIZA, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

      Respectfully submitted,

| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
|---|---|
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 6355 N.W. 36th Street, Suite 307 |
| Sunrise, FL 33351 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: Duranandassociates@gmail.com |

By:    *s/ Roderick V. Hannah*          By:    *s/ Pelayo M. Duran*
      RODERICK V. HANNAH            PELAYO M. DURAN
      Fla. Bar No. 435384              Fla. Bar No. 0146595

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of September, 2025, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system and sent an e-mail of such filing to:

Mendy Halberstam, Esq.
JACKSON LEWIS, P.C.
1 SE 3rd Avenue, Suite 2300
Miami, FL  33131
(305) 7044942
Mendy.halberstam@jacksonlewis.com

*Attorneys for Defendant*
*EARL'S RESTAURANTS USA INC.*

/s/  *Roderick V. Hannah*
Roderick V. Hannah